Clais Daniels-Edwards, NJ Bar # 115122015
Assistant Federal Public Defender
Email: Clais_Daniels-Edwards@fd.org
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-cr-00388-AB-1 |
| Plaintiff, | |
| v. | DEFENDANT'S SENTENCING MEMORANDUM |
| AUGUST DEAN GORDON, | |
| Defendant. | |

Defendant, August Dean Gordon, through his counsel Clais Daniels-Edwards, respectfully submits this Memorandum for the Court's review and consideration in determining a reasonable sentence that is "sufficient, but not greater than necessary," as required by 18 U.S.C. § 3553(a). A sentencing hearing is currently scheduled for March 10, 2026.

On October 14, 2025, Mr. Gordon pleaded guilty to Assaulting a Federal Officer, in violation of 18 U.S.C. § 111(a)(1).

Dated: March 4, 2026.

*s/ Clais Daniels-Edwards*
Clais Daniels-Edwards, NJ Bar # 115122015

Page 1 Defendant's Sentencing Memorandum